UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 9437

-------------------------------------------------------------X
TTMI SARL,

                        Plaintiff,

       - against -

BULK TRADING SA,

                        Defendant.
-------------------------------------------------------------X

Case No.: 08 CV _____ (  )

Rule 7.1 Statement

RECEIVED
NOV 03 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that Plaintiff does not have a parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: November 3, 2008
       New York, New York

Respectfully submitted,

By_____
Christopher Carlsen
Nicholas Magali
CLYDE & CO US LLP
The Chrysler Building
405 Lexington Avenue, 11th Floor
New York, New York 10174
Tel: (212) 710-3930
Fax: (212) 390-3950
Christopher.carlsen@clydeco.us
Nicholas.magali@clydeco.us

Attorneys for Plaintiff